01

02

03

04

05

06          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08  UNITED STATES OF AMERICA,        **)**
                                      **)**   CASE NO. MJ21-391
09          Plaintiff,                **)**
                                      **)**
10          v.                        **)**
    JALEN AZIZ,                       **)**   DETENTION ORDER
11                                    **)**
            Defendant.                **)**
12                                    **)**
    _____ **)**
13

14  <u>Offenses charged</u>:

15      1.  Felon in Possession of a Firearm

16      2.  Distribution of Fentanyl

17  <u>Date of Detention Hearing</u>: July 8, 2021.

18          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20  that no condition or combination of conditions which defendant can meet will reasonably assure

21  the appearance of defendant as required and the safety of other persons and the community.

22

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant's criminal record includes robbery and arrest for firearm possession. Defendant's criminal history also reflects failures to appear. He was not interviewed by Pretrial Services, so his background information is unknown or unverified. He does not contest detention.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

01 for the defendant, to the United States Marshal, and to the United State Pretrial Services

02 Officer.

03 DATED this 9th Day of July, 2021.

S. KATE VAUGHAN
United States Magistrate Judge